UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RICKY STRADFORD,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　)　　　No. 4:15CV17 CEJ
　　　　　　　　　　　　　　　　　　)
GEORGE A. LOMBARDI, et al.,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendants,　　　　　　　　)

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis and civil complaint. The Court has reviewed plaintiff's prison account statement and assesses a partial initial filing fee of $22.12.[1]

Plaintiff filed this action jointly with another prisoner. The Court ordered the Clerk to open a new case for the other prisoner. In reviewing the instant complaint under 28 U.S.C. § 1915(e), the Court finds it difficult to determine which allegations are those of plaintiff and which pertain to the other prisoner. Therefore, plaintiff will be directed to submit an amended complaint stating his allegations.

Plaintiff is warned that the filing of an amended complaint replaces the original complaint, and so he must include each and every one of his claims in the amended complaint. E.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation, 396 F.3d 922, 928 (8th Cir. 2005). Also, in order to sue defendants in their individual capacities, plaintiff must specifically say so in the complaint.

Accordingly,

---

[1] $22.12 is twenty percent of plaintiff's average deposits for the past six months.

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **granted**.

**IT IS FURTHER ORDERED** that plaintiff must pay an initial filing fee of $22.12 no later than **February 25, 2015**.

**IT IS FURTHER ORDERED** that plaintiff must file an amended complaint no later than **February 25, 2012**.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this action will be dismissed without further notice to plaintiff.

Dated this 4th day of February, 2015.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE